**IRVING BANK–COLUMBIA TRUST CO. v. NEW YORK RYS. CO. et al.***

(Circuit Court of Appeals, Second Circuit. June 30, 1923.)

No. 294.

Appeal from the District Court of the United States for the Southern District of New York.

Suit by the Irving Bank–Columbia Trust Company, as trustee, against the New York Railways Company and others. From a final decree in favor of defendants (292 Fed. 429), plaintiff appeals. Affirmed.

Davies, Auerbach & Cornell, of New York City (Martin A. Schenck, Edward Cornell, Frank D. Pavey, and Louis F. Schwartz, Jr., all of New York City, of counsel), for appellant.

Stetson, Jennings & Russell, of New York City (Joseph P. Cotton, Edwin S. S. Sunderland, and George A. Brownell, all of New York City, of counsel), for appellee Guaranty Trust Co. of New York.

Geller, Rolston & Blanc, of New York City (Edward H. Blanc, Mansfield Ferry, and Philip M. Payne, all of New York City, of counsel), for appellee Farmers' Loan & Trust Co.

Winthrop & Stimson, of New York City (Bronson Winthrop and Charles T. Payne, both of New York City, of counsel), for appellee Hedges.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. The facts are fully set forth in the opinion of Mayer, J., in the court below. Having considered that opinion, we agree with the conclusion reached and the reasons assigned therefor. The decree is accordingly affirmed, with costs.